# EXHIBIT A

# Air Wick® Products with "Eliminates Odors" Claim on the Front Label



http://www.airwick.us/products/room-sprays/vanilla-indulgence-room-spray/

(last visited 7/31/2017)



http://www.airwick.us/products/room-sprays/apple-cinnamon-medley-room-spray/

(last visited 7/31/2017)



http://www.airwick.us/products/room-sprays/fresh-waters-room-spray/

(last visited 7/31/2017)



http://www.airwick.us/products/room-sprays/lavender-chamomile-room-spray/

(last visited 7/31/2017)



**http://www.airwick.us/products/room-sprays/magnolia-cherry-blossom-room-spray/**

**(last visited 7/31/2017)**



**http://www.airwick.us/products/room-sprays/aerosols-freesia-jasmine/**

**(last visited 7/31/2017)**



http://www.airwick.us/products/room-sprays/aerosols-hawai-i-exotic-papaya-hibiscus-flower/

(last visited 7/31/2017)

# Air Wick® Answer to FAQ

