Case: 1:18-cv-06565 Document #: 1-2 Filed: 09/26/18 Page 1 of 4 PageID #:32

# EXHIBIT B

**S I L  Consulting, Inc.**
Steve Lerman
3 Allan Gate
Plainview, NY  11803-6112
Phone (516) 433-3412
SILCONSULTING@VERIZON.NET



| | |
|---|---|
| **DATE:** | September 9, 2016 |
| **TO:** | C.K. Lee, Lee Litigation Group, PLLC |
| **RE:** | Validity of Airwick Product Claims |
| **PURPOSE:** | To Evaluate Whether Airwick's Aerosol Room Spray Eliminates Odors |

## BACKGROUND

Through TASA, C.K. Lee of the Lee Litigation Group retained SIL Consulting, Inc., to assist in evaluating whether Airwick's aerosol room sprays eliminate odors, as the product label claims.

## REVIEW OF FACTS

Mr. Steve Lerman of SIL spoke with Mr. Lee. He obtained a can of Airwick that claimed to eliminate odors and reviewed the product label. He additionally reviewed the following patents held by Airwick that relate to aerosol deodorants:

| | |
|---|---|
| 8,887,954 | Compact spray device |
| 8,678,233 | Compact spray device |
| 8,371,740 | Continuous fragrance and illumination device with replaceable fragrance refills |
| 8,173,857 | Adhesion of particles of active ingredients to an open pore substrate |
| 6,790,408 | Fragrance emitting device |
| 5,034,222 | Composite gel-foam air freshener |
| 4,630,775 | Dispenser for releasing a volatile active substance |
| 4,624,890 | Article suitable for wiping surfaces |
| 4,552,777 | Carpet treating compositions containing a polysiloxane to reduce caking |
| 4,515,768 | Insecticidal vapors-emitting composition on a pyrethrinoid base |
| 4,505,429 | Dispenser for air treating material |
| ***4,261,849*** | ***Anti-microbial, deodorizing, cleaning compositions*** |
| 4,248,380 | Aqueous-based air treating systems |
| 4,178,264 | Air treating gel composition |
| 3,966,902 | Polymer complex carriers for an active ingredient |

**S I L  CONSULTING, INC.**
Steve Lerman
3 Allan Gate
Plainview, NY  11803-6112
Phone (516) 433-3412
SILCONSULTING@VERIZON.NET



### TECHNICAL DISCUSSION

The following technical points will assist in understanding the issues in this case:

1. Aerosol air fresheners typically contain the following ingredients:
   a. Fragrances.
   b. Carriers for the fragrances.
   c. Aerosol propellants.

2. The presence of an ingredient that would eliminate odors would be of a completely different chemical nature, and be specifically called out as a separate ingredient category in a patent claim.

3. Ingredients that eliminate odors would have a unique and readily identifiable chemical structure, as such a property is itself unique.  Normally, only electro-mechanical devices or special air filters can eliminate odors.

4. There is currently one (1) product on the market that has such an ingredient.  That ingredient is consistent with the description above, and the patent that covers it specifically calls it out.

5. Airwick patent 4,261,849 is the only one of Airwick's patents that references deodorizing capability.  The patent discloses that this ingredient is Fullers Earth, a common adsorbent.  It further discloses that the deodorizing property works only in an air filter, where the material will adsorb odorants that pass through the filter.  This is not in any way how an aerosol deodorizer would work.

### FINDINGS AND CONCLUSIONS IN THIS CASE

Based on the facts of the case as presented to SIL, and our technical knowledge of chemistry and product formulations, SIL offers the following conclusions:

1. There is no indication that the Airwick product in this case has any deodorizing capability when used as directed as an air freshener.

2. Any odor activity exhibited by this product appears to be limited solely to odor masking due to the presence of fragrances in the product.

3. We do not see any validity to Airwick's claim that their product eliminates odors.

# S I L  Consulting, Inc.

Steve Lerman
3 Allan Gate
Plainview, NY  11803-6112
Phone (516) 433-3412
SILCONSULTING@VERIZON.NET



## CLOSING

This completes our initial review and discussion of the technical facts of this case.  Please advise us if you have any questions of if you need any additional information.

*[signature: Steve Lerman]*

Steven I. Lerman, M.S., Consulting Chemist
SIL Consulting, Inc.