IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONNA SIMS, *individually and on behalf of all others similarly situated,* <br><br> Plaintiff, <br><br> - against - <br><br> RECKITT BENCKISER LLC, <br><br> Defendant. | Case No. 1:18-cv-06565 <br><br> Hon. Sharon Johnson Coleman |

## NOTICE OF SETTLEMENT

The Parties hereby apprise the Court that they have reached a settlement in principle to resolve all claims at issue in this action on an individual, non-class basis. Accordingly, the Parties jointly request that the Court strike all deadlines currently on the docket.

Within thirty (30) days, the Parties will file a Joint Stipulation of Dismissal of this action pursuant to Fed. R. Civ. P. 41.

WHEREFORE, the Parties request that this Court enter an Order: (i) striking all deadlines on the docket; and (ii) awarding any additional relief the Court deems equitable and just.

-2-

Dated: November 27, 2018

/s/ *David M. Poell*

David M. Poell (#6302765)
**SHEPPARD MULLIN**
**RICHTER & HAMPTON LLP**
70 West Madison Street, 48th Floor
Chicago, Illinois 60602
Telephone: (312) 499-6300
Facsimile: (312) 499-6301
dpoell@sheppardmullin.com

*Counsel for Defendant*

/s/ *C.K. Lee*

C.K. Lee (#2903557)
**LEE LITIGATION GROUP, PLLC**
73 West Monroe Street
Chicago, Illinois 60603
Telephone: (212) 465-1188
Facsimile: (212) 465-1181
cklee@leelitigation.com

*Counsel for Plaintiff*

-3-

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing **NOTICE OF SETTLEMENT** was served upon all interested parties using this Court's ECF filing system this 27th day of November, 2018.

/s/ *David M. Poell*