# LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: 212-465-1188
cklee@leelitigation.com

December 27, 2018

**Via ECF**
The Honorable Sharon Johnson Coleman, U.S.D.J.
United States District Court
219 South Dearborn Street
Chicago, IL 60604

    Re: *Sims v. Reckitt Benckiser, LLC*
       Case No. 18-cv-6565

Dear Judge Coleman:

  We are counsel to Plaintiff. We write to respectfully request a 30-day extension to file the Stipulation of Dismissal with the Court (until January 28, 2019) as the settlement documents have not yet been executed by all parties. Defendant consents to this request. This is the first request for an extension.

  We thank the Court for considering this matter.


Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.