# Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct: 212-465-1188
cklee@leelitigation.com

January 14, 2019

**Via ECF**

The Honorable Sharon Johnson Coleman, U.S.D.J.
United States District Court
219 South Dearborn Street
Chicago, IL 60604

        Re:    *Sims v. Reckitt Benckiser, LLC*
               Case No. 18-cv-6565

Dear Judge Coleman:

    We are counsel to Plaintiff and we write jointly with counsel to Defendant.

    Further to the parties' letter dated December 27, 2018, the parties are finalizing the settlement documents and intend to file a Stipulation of Dismissal on or before January 28, 2019. The parties, therefore, respectfully request that the status conference currently scheduled for January 17, 2019 at 9:00 am be adjourned *sine die.* This is the first request for an extension.

    We thank the Court for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.