# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| DONNA SIMS, *individually and on behalf of all others similarly situated,*  <br><br>Plaintiff,<br><br>- against -<br><br>RECKITT BENCKISER LLC,<br><br>Defendant. | Case No. 1:18-cv-06565<br><br>Hon. District Judge Sharon Johnson Coleman |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed with prejudice and without costs to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

-2-

Dated: January 24, 2019                               Respectfully submitted,

/s/ *David M. Poell*

David M. Poell (#6302765)
**SHEPPARD MULLIN**
**RICHTER & HAMPTON LLP**
70 West Madison Street, 48th Floor
Chicago, Illinois 60602
Telephone:  (312) 499-6300
Facsimile:  (312) 499-6301
dpoell@sheppardmullin.com

*Counsel for Defendant*

/s/ *C.K. Lee*

C.K. Lee (#2903557)
**LEE LITIGATION GROUP, PLLC**
73 West Monroe Street
Chicago, Illinois 60603
Telephone:  (212) 465-1188
Facsimile:  (212) 465-1181
cklee@leelitigation.com

*Counsel for Plaintiff*

-3-

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing **STIPULATION OF VOLUNTARY DISMISSAL** was served upon all interested parties using this Court's ECF filing system this 24th day of January, 2019.

                                                /s/ *David M. Poell*